# IN THE COURT OF APPEALS OF IOWA

No. 16-0217
Filed October 26, 2016

**BRIAN DAVID BIRKENHOLZ,**
    Petitioner-Appellant,

**vs.**

**IOWA DEPARTMENT OF TRANSPORTATION, MOTOR VEHICLE DIVISION,**
    Respondent-Appellee.
_____

Appeal from the Iowa District Court for Polk County, Jeanie K. Vaudt, Judge.

Brian Birkenholz appeals from the district court's dismissal of his petition for judicial review concerning his driver's license revocation. **AFFIRMED.**

Grant C. Gangestad of Gourley, Rehkemper & Lindholm, P.L.C., West Des Moines, for appellant.

Thomas J. Miller, Attorney General, and Michelle E. Rabe, Assistant Attorney General, for appellee.

Considered by Potterfield, P.J., and Doyle and Tabor, JJ.

**DOYLE, Judge.**

Brian Birkenholz appeals from the district court's dismissal of his petition for judicial review concerning his driver's license revocation by the Iowa Department of Transportation. The district court concluded Birkenholz failed to file his petition for judicial review within thirty days of the agency's final decision as mandated by Iowa Code section 17A.19(3) (2015).

After a careful review of the record, the briefs of the parties, and the district court's thorough and well-reasoned ruling, we conclude the district court's ruling dismissing Birkenholz's petition should be affirmed without opinion pursuant to Iowa Rule of Appellate Procedure 6.1203 (a), (c), and (d).

**AFFIRMED.**